Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

✓ criminal Division

Susan Marie Rafferty Degaetano

Case No. 22-1460
*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

A citizens group formerly known as the Advocates and possibly associated with the joint commissions of Regions 1, 2 and 3, the FCC and affiliated industries under the 1974 Privacy Act and the Fair Labor Standard

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED
NOV 07 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susan Marie Rafferty Degaetano |
| Street Address | 18 Bay Oak Drive |
| City and County | Lewes |
| State and Zip Code | DE 19958 |
| Telephone Number | 860-222-1170 |
| E-mail Address | susan.petta18@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

Defendant No. 2
  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address (if known) _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
UN Declaration of Rights in the fair treatment of POWS or of women and children in time of insurrection, 50 US Code 1520a, US Code Chapter 31 662, 665, 18 US Code 2332a, US Code 18 1529, Constitution Article 1,3, 4, 5 and 13, and illegal use of radio transmission and other technological equipment such as brain interface programs, and 28 US Code 3102, and CA Code. An 8 year captive surveillance without due process and failure of federal agency, military and presidential response

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Susan Marie Rafferty Degaetano, is a citizen of the State of *(name)* Delaware.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation
The defendant, (name) The Cloud + *appropriate* Subsidiaries, is incorporated under the laws of the State of (name) Delaware, and has its principal place of business in the State of (name) n/a.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) United States + world-wide.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Brain interface programs and early experimentation took over my own brain wave output for the illegal gain of some persons and companies both domestic and internationally. The programming interferred with my ability to have children, though I am otherwise healthy with special skills due to over exposure to radiation. These programs can block recall memory, short or long term memory, interfere with motor control and the like, language systems, and inflict pain by electric shock and other means. This list is not inclusive. Prolonged exposure can

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Irregularities began in my childhood and encompassed my entire life. My father, mother, and grandparents and other family members were also affected and may have targeted by blood lines or genetic maladies. During the 1950s and thereafter sectors of the economy and government joined forces to study and expand the use of electromagnetic radiation. Involuntary human experimentation is prohibited but the temptation to experiment with brain interface and live brain waves was apparently encouraged by some networks. I do believe my brains waves may have been attached to persons with similar intellectual skills, who were somehow connected to learning and other difficulties. There are also segments of the economy in need of content for published materials and I have seen over the years that my story and life was intergrated into that sector without my consent or knowledge.

B. What date and approximate time did the events giving rise to your claim(s) occur?
See above. I was born in Hicksville, New York in 1957 and thereafter. Brain interface by use of computer and cable networks may have taken place in different formats beginning in NewYork, then Maine, Massachusetts, New York, Massachusetts, Rhode Island, Connecticut and Delaware. Early patents involved computers and microwave technology, hypnotic capabilities, studies in radio waves with cable and rely transmission, and techniques which alter cellular ionic excitation. These programs affected my hearing, caused medical abuse involving different organs of my body.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Since I was not informed of these events until about eight years ago, I can see that many unfortunate medical, vehicle and other accidents occurred during my childhood and beyond and included immediate family, some with the intention to kill or maime. The interruption of brain activity or dampening of brain waves or areas of the brain, has an innumerable effect on ones productivity, logic and behavior. It is a very dangerous activity and almost anyone can become subjected to its influence, thereby creating a national security issue. In addition, I am concerned about its penetration into the DNA through cellular change or morphisms. Our nation might have been unduly influenced in carrying out the peoples business in our own best interest. Therefore, I notified the proper authorities to include, but not exclusive of the judiciary, the FBI cyber division, the NSA, the Joint Chiefs of Staff for the military, Attorney General, the Treasury Department, the FCC, the SEC, the DOD, DARPA, technology departments of big business and some higher educational institutions, my Senators and State Representative for Delaware, the Office of Budget and Management, the Commerce Secretary, the

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I would be satisfied with a settlement, but the interfaces holding me are not allowing this to occur. Instead, there is evidence I am being further trafficked to produce content that will pay for other settlements. In addition, there is sexual harassment, violations of the Geneva Convention, some physical torture through chemical weaponry, and restriction of normal privacy. This includes viewing my elderly body naked, major violations of the 1974 Privacy Act and using my brain waves to produce outcomes. There is an audio component which is too loud and at times can induce sleep against ones will.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In the name of Justice and if warranted, I am seeking damages comprable to similar cases which should not exceed eighteen million dollars and to include some type of restoration of my DNA which is unique. There may be links to early Christianity in my blood lines and I do believe this is one of the reasons my family was the object of illegal and pervading surveillance. I also have a skill set as an intuiative reader which might be coveted by various groups, however, it is the preservation of my childhood brain waves which might have lured others to suppress my own life force, ambitions and skills.

As a result of being tied to these interface programs, my ideas, labor and life story were weaved into the fabric of many businesses and result in a form of involuntary servitude. Other family members were taken advantage of in different ways. Many of these individuals test as genius and enhance our country, but were diminished in number and quality. These events led to the de-evolution of the social fabric and resulting instability in family life patterns, community, the law, the practice of medicine, teaching, nursing and the like.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/27/2022

Signature of Plaintiff  *Susan Rafferty De Gaetano*
Printed Name of Plaintiff  Susan Rafferty Degaetano

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Susan Rafferty Degaetano

10/31/2022

As an addendum, please note I have reached out to almost every department in the continental United States of America in accordance with the Constitution without appropriate response.

The 1950s and earlier began a critical time for our country. The DOD orchestrated and carried out a duty under the guise of civil defense, involving the Department of Education, the FCC, the Telecommunications Industry, the Department of Health, the intelligence community, and the scientific research community which expands technology to the medical field, among others. As a result a security state was reinforced and assigned to expand and study electromagnetic energy. While this expansion assisted our economy and created some International corporations, it became void of reason and moral confinement necessary to assist and propagate a well-rounded future for our children.

Unfortunately we at a critical mass or tipping point where the devices created under this expansion of military, government and internationalism are isolating select populations with high skill ability in some countries, while encouraging the diminishment of the same and other populations. Our DNA will be irreparably destroyed from the illicit and complicit use of brain wave technology to remote access to intelligence. It is illegal to use electromagnetic energy as a weapon through brain interface devices.

In order to name defendant s, I would have to sue our government or companies who sell and distribute ultrasound/microwave equipment and the like, which is an impossible task as a lone individual. The only recourse is to gain access to my own due process which has been denied to me for over eight years. It is my understanding from privateers who are using my interface created by a group who were formed to alleviate this discrimination, that my case may have been brought to the attention of the courts and erased by the very same groups involved in the computer technology field

For edification, I was captured by portals which use brain wave technology to enslave another's brain activity. While this may have the opportunity to enhance the perpetrators productivity, it is an experience of death for the encapsulated.

Finally, I come from a lineage associated with service and genius on many sides of my family. I have no known genetic flaws which would endanger any future child born, but I was never released from radiation exposure. There were attempts on my life and this expands to similarly related persons in my family. Due to the sensitive nature of these issues, I would like to go to private settlement with the understanding that these are global issues which may ultimately destroy our collective genius populations and other hapless victims of all stripes with DNA degradation. The Privacy Act of 1974 and labor laws allow each individual equal protection and the rights of Liberty. Please forward my name to the Federal courts if necessary and place my name on PACER. The persons holding my brain waves should no longer deal with this settlement as they are intimately involved in parts of the conspiracy against rights. Lawyers are useless in situations like this because they too are vulnerable to the effects of brain interface. Private settlement may be necessary due to associated destabilizing economies.

DeGaetano
18 Bay Oak Drive
Lewes, DE 19958





United States District Court Delaware
844 N. King Street
Wilmington, DE 19801



FILED
NOV 0 7 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE